**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7535**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

MARCUS TROY MOODY,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (4:19-cr-00051-RGD-LRL-1)

Submitted: February 23, 2021          Decided: February 26, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcus Troy Moody, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Troy Moody appeals the district court's order dismissing without prejudice his motion entitled "Great Writ and Objection to Proceedings" and denying as moot his amended version of that motion. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Moody's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*